JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| LEELA H. SHERMAN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TIMOTHY F. GEITHNER, et al.,<br><br>　　　　　　Defendant. | Case No.:　07 CV 07-7542 PA<br><br>Honorable Percy Anderson<br>United States District Judge<br><br>ORDER OF DISMISSAL<br><br>[F.R.Civ.P. Rule 41(a)(1)(A)(ii)] |

### ORDER

GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the above mentioned action shall be dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated: May 21, 2009

　　　　　　　　　　　　　　　　　　　Honorable Percy Anderson
　　　　　　　　　　　　　　　　　　　United States District Judge